IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01972-BNB

MARIO VILLABONA-ALVARADO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
JOHN M. HURLEY,
G. L. HERSHBERGER, and
WENDY J. ROAL,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2007

GREGORY C. LANGHAM
                   CLERK

## ORDER OF DISMISSAL

Plaintiff Mario Villabona-Alvarado is in the custody of the United States Bureau of Prisons and currently is incarcerated at FCI Atlanta in Atlanta, Georgia. Mr. Villabona-Alvarado initiated this action by filing a Plaintiff's Complaint and paying the $350.00 filing fee. In an order filed on September 19, 2007, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Plaintiff to file his claims on a Court-approved form used in filing prisoner complaints.

Mr. Villabona-Alvarado was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for Plaintiff's failure to comply with the September 19, 2007, Order and file his claims on a Court-approved form.

DATED at Denver, Colorado, this 29 day of Oct., 2007.

BY THE COURT:

*[signature]*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01937-BNB

Mario E. Villabona-Alvarado
Reg. No. 89696-012
FCI - Atlanta
PO Box 150160
Atlanta, GA 30315

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/29/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk